**Rodney POINDEXTER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Board of Probation and Parole, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2002, the order of the Commonwealth Court is hereby VACATED. This action in mandamus is REMANDED for consideration of the merits of appellant's *ex post facto* claim in accordance with *Coady v. Vaughn*, 564 Pa. 604, 770 A.2d 287 (2001).

**In Re ESTATE OF Stephen X. STEPHANO, Deceased.**

**Appeal of Daniel Stephano Successor Trustee of the Trust Under Will of Stephen X. Stephano, Deceased.**

Supreme Court of Pennsylvania.

June 18, 2002.

Thomas A. Boulden, Norristown, for Daniel Stephano.

John Ellery Jennings, Norristown, for Stephen & Nicholas Pistolakis.

Michael H. Hynes, Norristown, for Penelope A. Blechstein.

Clifford Scott Meyer, for Penelope Turak.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NIGRO, dissents.